IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURIE KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | 7:13CV5011 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for extension of time to meet and confer (Filing No. 9).  The Court notes plaintiff has no objection and finds the motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted.  The parties shall have until January 29, 2014, to file a report with the Court pursuant to Fed.R.Civ.P. 26(f).

DATED this 15th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court